IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

AUG 05 2026

Clerk, U.S. District Court
By JS H Deputy Clerk

Barbara Williams
15699 Kansas Ave.
Basehor, KS 66007
(Enter above the full name of the Plaintiff(s)

vs.

Richard Moulin
Name
1503 S 138th Street
Street and number
Bonner Springs, KS 66012
City State ZipCode

2:26-cv-02463-DDC-JBW

Case Number

(Enter above the full name and address of the Defendant in this action - list the name and address of any additional defendants on the back side of this sheet).

## CIVIL COMPLAINT

I. Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A. Name of plaintiff Barbara Williams

Address 15699 Kansas Ave.
Basehor, KS 66007

Kimberly Beets
648 Allcott Ave.
Bonner Springs, KS 66012

---

David Pierce
~~13100 Kansas Ave, Ste D.~~
141 Tiblow Lane
Bonner Springs, KS 66012

---

Jennifer McConico
729 W Morse Ave.
Bonner Springs, KS 66012

---

Bonnie Mejean
2022 Madison Dr.
Bonner Springs, KS 66012

---

Christopher Russell
523 Brent Dr.
Bonner Springs, KS 66012

---

Angela Thomas
429 Park Dr.
Bonner Springs, KS 66012

---

Nicole Perica Gerken
438 N Garfield Ave
Bonner Springs, KS 66012

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant Richard Moulin / superintendent is employed at Bonner Springs - Edwardsville School District

C. Additional Defendants See page 2 (all are school board members at Bonner Springs - Edwardsville School District

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of ___________________.

2. The first-named defendant above is either

   a. a citizen of the State of ____________________; or

   b. a corporation incorporated under the laws of the State of __________________ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

   a. a citizen of the State of __________________; or

   b. a corporation incorporated under the laws of the State of ______________ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article_____, Section_____;
Statute, US Code, Title_____, Section_____.

☒ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☐ 3. Other grounds (specify and state any statute which gives rise to such grounds):

______________________________

______________________________

______________________________

______________________________

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

(March 6, 2026) I was fired at the end of the work day, after telling State Rep Caiharr, "Trans rights are human rights" + "Diverting tax payer $ to private schools is not right." I was on school property but not on the clock. I was exercising my freedom of speech at a local govt. institution, which is legal. Board members had the final approval over the superintendent's decision to fire me.

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

I would like financial compensation allowed by law for lost wages, emotional distress and punitive damages.

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☐ No ☒

VI. Do you claim actual damages for the acts alleged in your complaint?
Yes ☒ No ☐

VII. Do you claim punitive monetary damages? Yes ☒ No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

$50,000.00
I have lost wages. I have spent many hours/days looking for employment and an attorney. I am feeling stressed with the difficulty of not finding another job. I would like punitive damages so the defendants won't do this again to someone else, especially when they allow folks who come into the school who do not have public schools as a priority in their session in the state legislature.

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐ No ☒

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

______________________________

______________________________

______________________________

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

I am not familiar with this.

______________________________

______________________________

IX. Related Litigation:

Please mark the statement that pertains to this case:

☐ This cause, or a substantially equivalent complaint, was previously filed in this court as case number ______________ and assigned to the Honorable Judge ______________________.

☒ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

Barbara Williams (Barbara Williams)
Signature of Plaintiff

Barbara Williams
Name (Print or Type)

15699 Kansas Ave.
Address Basehor, KS 66007

City State Zip Code

(419) 318-3664

Telephone Number

Sadalia2@yahoo.com

**DESIGNATION OF PLACE OF TRIAL**

Plaintiff designates { ☐ Wichita, ☒ Kansas City, or ☐ Topeka}, Kansas as the location for the trial in this matter.

(Select One)

Barbara Williams

Signature of Plaintiff

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury { ☒ Yes or ☐ No }

(Select One)

Barbara Williams

Signature of Plaintiff

Dated: Aug. 5, 2026

(Rev. 10/15)