**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| BARBARA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:26-cv-02463-DDC-JBW |
| | ) | |
| RICHARD MOULIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

Maxwell E. Kautsch, of Kautsch Law, LLC, hereby enters an appearance in this matter on behalf of the above-named Plaintiff. Mr. Kautsch is in good standing with the State Bar of Kansas and is authorized to practice in the United States District Court for the District of Kansas.

Respectfully submitted,

/s/ Maxwell E. Kautsch
Maxwell E. Kautsch, #21255
Kautsch Law, L.L.C.
810 Pennsylvania St., Ste. 207
Lawrence, KS 66044
(785) 840-0077
fax (785) 842-3039
maxk@kautschlaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on November 10, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to Gregory P. Goheen, McAnany, Van Cleave & Phillips, P.A., 10 E. Cambridge Circle Drive, Suite 300, Kansas City, Kansas 66103, ggoheen@mvplaw.com, counsel for Defendants.

/s/ Maxwell E. Kautsch