USD 204 BONNER SPRINGS EDWARDSVILLE

March 6, 2026

Dear Ms. Barbara Williams,

This letter serves as formal notice that you are being placed on administrative leave without pay, effective immediately, pending recommendation for termination of your employment with the USD 204 Board of Education.

On March 6, during a visit to the school building by a community guest who was present to judge the Read Across America door contest, you accessed the building as an employee and followed the guest down the hallway while expressing your personal opinions and disrupting the activity. The building principal addressed the situation and instructed you multiple times that it was not the appropriate time or place for such comments and directed you to return to your classroom. Despite these directives, you continued to follow the principal and the guest down the hallway and persisted in disrupting the activity. As an employee who was not involved in the activity, your actions were unprofessional and disruptive, particularly in the presence of a community guest. As a paraprofessional and representative of USD 204, you are expected to model appropriate conduct and maintain a professional environment for students, staff, and visitors, and to not disrupt school activities.

Your conduct is a violation of district expectations regarding Professionalism as outlined in the Classified Non-Exempt Handbook:

*"Professionalism: As representatives of the district, employees will demonstrate appropriate communication skills and conduct with students, parents, and other staff members. Employees are expected to act and behave in a manner that promotes the integrity and reputation of the district".*

As an employee and representative of the district, you are expected to adhere to established procedures and follow direct supervisory instructions. Failure to do so compromises professional standards and places the district in a difficult position.

Your decision to disregard direct instructions from your principal and continue the behavior in front of a district guest undermined the professional standards expected of all employees. Due to the seriousness of this conduct and its impact on the integrity and reputation of the district, you are being placed on administrative leave without pay effective immediately, pending a recommendation to the Board of Education for termination of your employment.

Please return all keys, technology, and school property to Mrs. Julo immediately.

Sincerely,

[signature]

Rick Moulin
Superintendent

Employee Signature: __________________ Date: ________

Supervisor Signature: [signature] Date: 3/6/26

*employee refused to sign. [signature]