**moulinr@usd204.net**
To: me
·
Mon, Mar 16 at 11:04 AM

Message Body

Thank you for sharing your perspective. I want to reiterate the key points outlined in the district's formal notice and provide an update on the Board of Education's action:

· On March 6, during a visit by a community guest for the Read Across America door contest, you accessed the building as an employee and, although not involved in this activity, followed the guest down the hallway while voicing personal opinions about the guest unrelated to the activity, which disrupted the activity.

· The building principal addressed the situation and provided multiple instructions that it was not the appropriate time or place for such comments and directed you to return to your classroom. Despite these instructions, you continued with the disruptive behavior.

· As a paraprofessional and representative of USD 204, you are expected to maintain professional conduct, model appropriate behavior, and follow supervisory directions. Continuing the behavior in this situation was a violation of district expectations regarding professionalism, as outlined in the Classified Non-Exempt Handbook.

· Due to the seriousness of the conduct and its impact on the integrity and reputation of the district, you were placed on administrative leave without pay pending Board review. On Monday night, the USD 204 Board of Education took action to terminate your employment.

This notice is intended to ensure clarity regarding the district's expectations, the reasons for the administrative action, and the Board's decision.

Thank you,

Rick

--
***Rick Moulin***
***Superintendent***
***USD 204 Bonner Springs/Edwardsville***

****** **DISCLAIMER** ***** This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender immediately and delete this e-mail from your system. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of USD 204. No employee or agent is authorized to conclude any binding agreement on behalf of USD 204 with another party by email without express written confirmation by the USD 204 Superintendent of Schools. No representation is made that this email or any attachments are free of viruses. Virus scanning is recommended and is the responsibility of the recipient.*

On Wed, Mar 11, 2026 at 6:19 PM barbara williams <sadalia2@yahoo.com> wrote:

Mr. Moulin,

I have finally had an opportunity to collect my thoughts since I was put on leave and wanted to respond.
I didn't and don't feel I was given any opportunity to explain my side of what happened.
You didn't ask me any questions at all regarding this incident just handed me a document for my signature.
My perspective is very different than your document. I look at this incident through the lens of a woman who has been in the BSC position for 3 years without any blemishes on my record. Though I

have only received two reviews both have been extremely positive.
While you may have disagreed with the sentiment I expressed, I have a first amendment right to offer my opinion whether you agree or disagree with what that opinion is. It was mentioned the timing was wrong but wasn't offered when the correct timing was. I didn’t shout nor was I disruptive, I was not clocked in and took an opportunity to share the opinion of a 68 year old woman. That first amendment freedom doesn’t stop when I walk into school and while you think it violated the code of conduct because you disagree with the opinion or timing doesn’t necessarily make it so.
If you continue down this course to potential termination, I will review any options open to me for reinstatement.
I hope to settle this amicably but that’s currently not my decision to make.

Barbara Williams