**Unified School District 204:**
**Bonner Springs / Edwardsville**
**Meeting Location: Bonner Springs High School**
**100 McDanield Bonner Springs, KS 66012**
**Monday, March 9, 2026: 6:00 PM**

**Regular Meeting Minutes**

1.0 CALL TO ORDER

The meeting was called to order at 6:00 PM by Board President, Angie Thomas.

1.1 Roll Call

Present: Angie Thomas, Kim Beets, Jennifer McConico, Chris Russell, Dave Pierce and Bonnie Mejean

Others Present: Rick Moulin, Superintendent and Dr. Leticia Porter, Board Clerk/ Director of Finance & Compliance

1.2 Adoption of Agenda

Motioned by Jennifer McConico, seconded by Chris Russell, to adopt the agenda as presented.

- Motion passed 6-0

1.3 Recognition of Visitors

Mark Wiseman; Director of Technology; Tyler Johnson, Technology; Suzy Hartley, EDW; Will Hartley; Jacob Patterson, CMS; Nancy Landers, Education Foundation, Lisa Terrell, Education Foundation, Dr. Sarah Andaverde, Assistant Superintendent; Joy Marts, DRE; Amanda Clark, EDW; Amanda Rhodes, BSE, Rebecca Ruff, ATS; Peni Gaititi, ATS, Nancy Julo, EDW Principal, Lisa Krone, CMS Principal, Don Hilliard, BSHS Principal and John McCaughrean, parent of USD 204.

1.4 Special Presentations

Lisa Terrell, Bonner Springs Education Foundation Director presented the February Excellence in Education Awards.

February Excellence in Education:

- Tyler Johnson: Technology
- Rebbecca Ruff and Peni Gaititi: ATS
- Suzy Hartley: EDW

Don Hilliard, BSHS Principal, provided the Board with an BSHS update.

2.0 Approval of Minutes from February 17, 2026

Motioned by Kim Beets, seconded by Angie Thomas to approve the minutes from the meeting on February 17, 2026 as presented.

- Motion passed 6-0

3.0 **Approval of Warrant Register and Financials**

Motioned by Chris Russell, seconded by Dave Pierce to approve the Warrant Register and Financials as presented.

- Motion passed 6-0

**Unfinished Business (4.0)**

4.1 **Neighborhood Revitalization Act**

District Administration provided information regarding modifications to the Neighborhood Revitalization Act (NRA) Program following action by the Unified Government Commission to increase the residential rebate from 50% to 75%.

4.2 **KSDE Local Option Budget Percentage Form**

Motioned by Kim Beets, seconded by Bonnie Mejean to approve District Administration's recommendation that USD 204 adopt the maximum Local Option Budget (LOB) percentage rate of 33% for the 2026–2027 school year.

- Motion passed 6-0

4.3 **Approval of Additional Course at BSHS**

Motioned by Angie Rogers, seconded by Jennifer McConico, to approve District Administration's request to add Particular Topics in Geography: Human Geography to the previously approved high school course list.

4.4 **Board Member Vacancy Update**

Motioned by Kim Beets, seconded by Angie Thomas to discuss and determine the process for selecting Board Member candidates to interview.

- Motion passed 6-0

**New Business (5.0)**

5.1 **Approval of the Adoption of P.R.E.P Curriculum**

Motioned by Jennifer McConico, seconded by Bonnie Mejean to approve the District Administration's request to purchase Wayfinder as the USD 204 P.R.E.P Curriculum for the amount of $23,560.

- Motion passed 6-0

5.2 **Approval of Schools PLP Resource Renewal**

Motioned by Kim Beets, seconded by Dave Pierce to approve the District Administration's request to renew Schools PLP to be used as the virtual school curriculum for the 2026-2027 school year at a cost of $20,000.

- Motion passed 6-0

5.3 **<u>2026 USA-Kansas Women's Leadership Summit</u>**
Board members presented conference highlights from the recent 2026 USA Kansas Women's Leadership Summit.

**Personnel Report (6.0)**

6.1 **<u>Executive Session</u>**
Motioned by Chris Russell, seconded by Angie Thomas to move to Executive Session to discuss matters pertaining to non-elected personnel pursuant to the exception under the Kansas Open Meeting Act (K.S.A 75-4319). The Board invited Mr. Moulin and Dr. Porter to remain.

- <u>Motion passed 6-0</u>

The open meeting will resume in the District Office Board Room at 7:46.

6.2 **<u>Personnel Report</u>**
Motioned by Angie Thomas, seconded by Bonnie Mejean to approve the personnel report as presented.

- <u>Motion passed 6-0</u>

6.3 **<u>Executive Session</u>**
Motioned by Chris Russell, seconded by Kim to move to Executive Session to discuss matters pertaining to non-elected personnel pursuant to the exception under the Kansas Open Meeting Act (K.S.A 75-4319). The Board invited Mr. Moulin, Dr. Andaverde and Dr. Porter to remain.

- <u>Motion passed 6-0</u>

The open meeting will resume in the District Office Board Room at 8:03.

7.0 **<u>Adjournment</u>**
Motioned by Dave Pierce, seconded by Chris Russell to adjourn the meeting at 8:05 pm.

- <u>Motioned passed 6-0</u>

Angela D Thomas
Angela D Thomas (Apr 10, 2026 06:54:03 CDT)
Board President

Leticia A. Porter, Ph.D.
Clerk of the Board