# USD 204 Personnel Report March 9, 2026

## Certified-Licensed

**APPOINTMENTS:**

| Name | Building / Position | Begin Date | Prior Employment | Degree / College | Experience | Replacing / New Position |
|---|---|---|---|---|---|---|
| [redacted] | EDW & DRE Asst. Principal | 7/22/2026 | Spring Hill | MS / ESU | New | [redacted] |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**TRANSFERS:**

| Name | Current Building / Position | New Building / Position | Replacing / New Position |
|---|---|---|---|
| [redacted] | DRE / Special Education Teacher | MCD / Early Childhood Special Ed Teacher | [redacted] |
| [redacted] | BSE / 4th Grade Teacher | BSE / Title I Teacher | [redacted] |
| | | | |

**RESIGNATIONS / RETIREMENTS:**

| Name | Resignation / Retirement | Building / Position | Last Day |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## Classified

**APPOINTMENTS:**

| Name | Building | Position | Begin Date | Replacing / New Position |
|---|---|---|---|---|
| [redacted] | District | Occupational Therapist | 7/31/2026 | New Position |
| [redacted] | District | Occupational Therapist | 7/31/2026 | New Position |
| [redacted] | Transportation | Shop Laborer / Mechanic | ASAP | Robert Stapleton |
| [redacted] | BSE | Special Ed Para - Life Skills | ASAP | New Position |
| [redacted] | District Office | MIS Clerk | 6/1/2026 | New Position |
| [redacted] | BSE | Special Ed Para - Life Skills | ASAP | New Position |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS:**

| Name | Current Building / Position | New Building / Position | Replacing / New Position |
|---|---|---|---|
| [redacted] | MCD / Childcare Sub | MCD / Childcare Worker | [redacted] |
| | | | |
| | | | |

**RESIGNATIONS:**

| Name | Resignation / Retirement | Building / Position | Last Day |
|---|---|---|---|
| [redacted] | Resignation | Transportation / Bus Driver & BSE / Sped Para | 2/20/2026 |
| [redacted] | Termination | DRE / Special Ed Para | 2/24/2026 |
| [redacted] | Resignation | Transportation / Sub Bus Driver | 2/27/2026 |
| [redacted] | Resignation | EDW / Bookkeeper | 6/9/2026 |
| Barbara Williams | Termination | EDW / Sped Para BSC | 3/6/2026 |

## Athletics and Activities

**APPOINTMENTS:**

| Name | Building | Position | Replacing / New Position |
|---|---|---|---|
| [redacted] | CMS | CMS Asst Track Coach | New Position |
| [redacted] | BSHS | BSHS Asst Track Coach | New Position |
| | | | |
| | | | |

**RESIGNATIONS:**

| Name | Resignation / Retirement | Building / Position | Last Day |
|---|---|---|---|
| [redacted] | Resignation | BSHS / Head Bowling Coach | 5/21/2026 |
| [redacted] | Resignation | CMS / Head 7th Grade Boys Basketball | 5/21/2026 |
| [redacted] | Resignation | BSHS / Head Cheer Coach | 5/21/2026 |

| | |
|---|---|
| Pending Background ✓ | |
| After BOE doc posted | |
| *Early Retirement Incentive | |