**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

Barbara Williams

~~[address omitted]~~

~~(Enter above the full name of the Plaintiff(s))~~

~~vs.~~

Richard Moulin

~~[address omitted]~~

~~(Enter above the full name and address of the Defendant in this action – list the name and address of any additional defendants on the back side of this sheet).~~

~~Case Number~~ 2:26-cv-02463-DDC-JBW

~~**CIVIL COMPLAINT**~~

~~I. Parties to this civil action:~~

~~A. Name of plaintiff: Barbara Williams~~

~~Address: [omitted]~~

~~B. Defendant Richard Moulin / Superintendent is employed at Bonner Springs-Edwardsville School District~~

~~C. Additional Defendants: See page 2 (all are school board members at Bonner Springs-Edwardsville School District)~~

~~Kimberly Beets [address omitted]~~

~~David Pierce [address omitted]~~

~~Jennifer McConico [address omitted]~~

~~Bonnie Mejean [address omitted]~~

~~Christopher Russell [address omitted]~~

~~Angela Thomas [address omitted]~~

~~Nicole Perica Gerken [address omitted]~~

~~II. Jurisdiction:~~

~~B.2. [X] This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).~~

~~III. Statement of Claim:~~

(March 6, 2026) I was fired at the end of the work day, after telling State Rep Caiharr, "Trans rights are human rights" + "Diverting tax payer $ to private schools is not right". I was on school property but not on the clock. I was exercising my freedom of speech at a local govt. institution, which is legal. Board members had the final approval over the superintendent's decision to fire me.

IV. Relief:

I would like financial compensation allowed by law for lost wages, emotional distress and punitive damages.

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? No

VI. Do you claim actual damages for the acts alleged in your complaint? Yes

VII. Do you claim punitive monetary damages? Yes

$50,000.00

I have lost wages. I have spent many hours/days looking for employment and an attorney. I am feeling stressed with the difficulty of not finding another job. I would like punitive damages so the defendants won't do this again to someone else, especially when they allow folks who come into the school who do not have public schools as a priority in their session in the state legislature.

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? No

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures: I am not familiar with this.

IX. Related Litigation:

[X] Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

Barbara Williams, Signature of Plaintiff

[Address, telephone number, and email omitted]

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates Kansas City, Kansas as the location for the trial in this matter.

Barbara Williams, Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury: Yes

~~Barbara Williams, Signature of Plaintiff~~

~~Dated: Aug. 5, 2026~~